**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**SAGA WELCO A/S,**

                            **Petitioner,**

                                                **17-mc-397 (JGK)**

        **- against -**
                                                <u>ORDER</u>

**STANDARD CHARTER BANK,**
**.**
                            **Respondent.**
────────────────────────────────

**JOHN G. KOELTL, District Judge:**

        The application having been granted, the Clerk is directed

to close this action on the docket of this Court.

**SO ORDERED.**

**Dated:      New York, New York**
        **April 16, 2020**        ___ **/s/ John G. Koeltl** _____
                                        **John G. Koeltl**
                            **United States District Judge**